UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA TRAN,<br><br>        Plaintiff,<br><br>        v.<br><br>WATERFRONT CONSTRUCTION, INC., *et al.*,<br><br>        Defendants. | CASE NO. C19-1591-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

This matter comes before the Court on Plaintiff Lisa Tran's April 21, 2020 Notice of Dismissal with Prejudice, Dkt. #14, which this Court construes as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(2). Defendants have not filed a response to Plaintiff's notice or otherwise objected.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may only voluntarily dismiss their case by filing a notice of dismissal if the opposing party has not yet served an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(i). Alternatively, a plaintiff may voluntarily dismiss their case by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(ii).

ORDER GRANTING PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL
PAGE - 1

Here, Plaintiff has not satisfied the conditions of voluntary dismissal under Rule 41(a)(1). Plaintiff's notice was filed after Defendants filed their answer on October 29, 2019, *see* Dkt. #9, and the notice was filed unilaterally by Plaintiff's counsel without stipulation, *see* Dkt. #14. For these reasons, the Court construes Plaintiff's notice as a Motion for Voluntary Dismissal pursuant to Rule 41(a)(2).

Having considered Plaintiff's notice and Defendants' failure to timely object, the Court finds good cause to dismiss all claims in this case pursuant to Rule 41(a)(2). While a dismissal under this provision is typically without prejudice, *see* Fed. R. Civ. P. 41(a)(2), Plaintiff has specifically requested dismissal with prejudice. Dkt. #14 at 1. Accordingly, the Court hereby finds and ORDERS:

1) Plaintiff's Motion for Voluntary Dismissal, Dkt. #14, is GRANTED.

2) Plaintiff's claims are dismissed with prejudice, with each side bearing its own fees and costs.

3) This case is CLOSED.

DATED this 27th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE